IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | ) | BANKRUPTCY CASE |
|---|---|---|
|  | ) |  |
| WESLEY L. SIMMONS | ) | NO. 20-10822 |
| *AKA WES SIMMONS* | ) |  |
| *AKA WESLEY LEROY SIMMONS* | ) | CHAPTER 13 |
| *AKA WESLEY SIMMONS,* | ) |  |
| Debtor. | ) |  |

## CONSENT ORDER CONDITIONALLY DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

This matter was set for hearing on January 13, 2021, upon the Motion for Relief from the Automatic Stay and Co-Debtor Stay (hereinafter, "Motion for Relief") of FREEDOM MORTGAGE CORPORATION (hereinafter, "Movant") [Docket #50] seeking relief from the automatic stay imposed by 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(a) as they relate to the enforcement of the mortgage lien against the real property located at 1622 Timberline Rd, Butler, Alabama 36904, and further described in the mortgage attached as Exhibit "A" of the Motion for Relief. Proper notice of the hearing was given. The court having reviewed the pleadings, affidavit, and consent of all parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from Stay is hereby CONDITIONALLY DENIED. The total post-petition arrearage owed to Movant through the month of May 2021, is as follows:

| | |
|---|---:|
| Payments (06/20 – 02/21 at $1,438.38 per month) | $12,945.42 |
| Payments (03/21 – 05/21 at $1,433.30 per month) | $4,299.90 |
| Attorney Fees and Court Cost | $831.00 |
| Less Suspense | ($1,408.11) |
| Total Post-petition Arrearage | $16,668.21 |

2. Movant is granted leave of court to file, within sixty (60) days from the date of this Order, a New Proof of Claim for the above post-petition arrearage, which said claim shall be paid one hundred percent (100%).

3. IT IS FURTHER ORDERED that as adequate protection, Debtor shall resume the regular monthly payment due under the note and mortgage beginning the month of June 2021 and continuing on the 1st day of each consecutive month thereafter. The automatic stay is hereby modified to that extent that should Movant not receive any future regular monthly payment from Debtor within the calendar month in which it is due for a period of eighteen (18) months from the entry of this Order, then upon notice of default sent by first class mail to Debtor, Debtor's Attorney and filed with the Court within one (1)

business day of mailing, and the failure of Debtor to cure such default in full within twenty (20) days from the date of mailing, Movant may file notice of termination of stay with the Court, with service upon Debtor, Debtor's Attorney and the stay provided under 11 U.S.C. § 362 will be terminated automatically without further order of this Court, as they relate to the enforcement of the lien regarding the aforementioned property, and Movant, its successors and/or assigns, thereafter, shall be free to enforce any and all of its respective rights, title and interest in and to the aforementioned property, including, but not limited to, foreclosure, in accordance with the provisions of the note and mortgage and the laws of the State of Alabama. This Order shall not be stayed pursuant to Fed.R.Bankr.P 4001(a)(3). The provisions of this Order shall continue to remain in force and effect upon the conversion of this case to any other chapter of the U.S. Bankruptcy Code.

4. Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Final agreements are subject to Court approval. Movant is authorized to contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse, unless included in a reaffirmation agreement in a Chapter 7 case. Movant is further authorized to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with the applicable nonbankruptcy law.

Dated: May 28, 2021

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

This Order prepared by

*/s/Jackson E. Duncan, III*
Jackson E. Duncan, III
Attorney for Movant
McCalla Raymer Leibert Pierce, LLC
2 North 20th Street, Suite 1000
Birmingham, Alabama 35203
Phone: (205) 208-1804
Email: Jackson.Duncan@mccalla.com

Order consented to by:

*/s/Allyson C. Pearce*
Debtor's Attorney
Allyson C. Pearce
P. O. Box 609
Foley, AL 36536-0609