## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

IN RE: **WESLEY L. SIMMONS**　　　　　　　　　　　　CASE NUMBER: **20-10822**
DEBTOR(S)　　　　　　　　　　　　　　　　　　　　　CHAPTER: **13**


### VERIFIED OBJECTION TO CLAIM #4

COMES NOW the Debtor, **Wesley L. Simmons**, pursuant to Bankruptcy Rule 3007, hereby objects to ECF claim number 4, filed by creditor, Freedom Mortgage Corporation. The relief sought is that the claim should be:

[ ]　　disallowed (or reduced to the amount paid if there have been any distributions).

[ ]　　disallowed (or reduced to the amount paid if there have been any distributions) with leave to file a deficiency claim within 90 days.

[ ]　　allowed as secured in the amount of $_____ with the remainder unsecured.

[ ]　　allowed as unsecured in the amount of $_____.

[ ]　　allowed as secured in the amount of $_____.

[ ]　　allowed in full but reclassified as unsecured.

[ ]　　allowed as unsecured for the amount filed, but the portion of the claim seeking post-petition interest is disallowed.

[ ]　　allowed but with no payment from Chapter 13 trustee until the claim is amended for deficiency because the plan provides for surrender of debtor's interest in the collateral.

[ ]　　allowed but with no payment from the trustee other than pre-petition arrearage because the plan provides for direct postpetition payments to the creditor.

[ **X** ]　　other (state): <u>for the Mortgage Arrearage to be DISALLOWED listed in the proof of claim.</u>

The basis for the objection is as follows:

1.　　The Debtor is in the process of going through an active Loan Modification with his Lender and these Mortgage Arrearages shall be included in this Loan Modification.

2.　　The Debtor wishes for the Mortgage Arrearage to be disallowed.

Dated this Friday, June 3, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Allyson C. Pearce*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Allyson C. Pearce**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 609
　　　　　　　　　　　　　　　　　　　　　　　　　　　Foley, AL 36536
　　　　　　　　　　　　　　　　　　　　　　　　　　　(251) 971-2676
　　　　　　　　　　　　　　　　　　　　　　　　　　　allyson@pearcelawfirm.com

### Certification Under Penalty of Perjury*

I, **Wesley L. Simmons**, declare under penalty of perjury that I have read the statements contained in this foregoing Objection and that they are true and correct.

*/s/ Wesley L. Simmons*
**Wesley L. Simmons**

06/03/2022
**Dated**

### CERTIFICATE OF SERVICE

I, **Allyson C. Pearce**, do hereby certify that a true and correct copy of the foregoing document has been served upon the below listed parties by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed, unless otherwise listed as a party below containing an electronic mail address, in which they were served via electronic filing on the same day, Friday, June 3, 2022.

| | | |
|---|---|---|
| **Bankruptcy Trustee**<br>Daniel B. O'Brien<br>P.O. Box 1884<br>Mobile, AL 36633<br>cperry@ch13mob.com | **Wesley L. Simmons**<br>1622 Timberlane Rd<br>Butler, AL 36904-3937 | **Freedom Mortgage Corporation**<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037 |
| **Jackson E. Duncan, III**<br>McCalla Raymer Leibert Piece, LLC<br>2 North 20th Street<br>Suite 1000<br>Birmingham, AL 35203<br>205-208-1804<br>jackson.duncan@mccalla.com | **Freedom Mortgage Corporation**<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave Ste 3<br>Mount Laurel, NJ 08054-1210 | |

*/s/ Allyson C. Pearce*
**Allyson C. Pearce**

*May be signed electronically but counsel must retain original ink signature per Local Rule1007(b)-1.