# RUBIN LUBLIN, LLC
Attorneys and Counselors at Law
11 N. WATER STREET, SUITE 10290
MOBILE, AL 36602
TEL (877) 813-0992
FAX (470) 508-9401

September 1, 2022

**VIA FIRST CLASS MAIL**

Allyson C. Pearce, Esq.
P. O. Box 609
Foley, AL 36536

        RE:    **Bankruptcy Case No. 20-10822-HAC**
                   **Wesley L. Simmons**
                   **Loan No. 5297**

Dear Allyson C. Pearce, Esq.:

      Please consider this letter as notice pursuant to the Agreed Order entered in the above-referenced Chapter 13 case on **May 28, 2021** pursuant to a Motion for Relief from Automatic Stay filed on **November 24, 2020** by (the "Creditor") **Freedom Mortgage Corporation**. The loan was subsequently transferred on **July 7, 2022**, to Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V. The Agreed Order provides that the Automatic Stay pursuant to 11 U.S.C §362 may be immediately terminated upon twenty (20) days written notice to Debtor(s) and Debtor(s)` attorney of opportunity to cure. If the default detailed below is not cured in the manner also detailed below, the stay will have been terminated. To that end, the Creditor will file a Notice of Termination of the Stay.

      You are hereby notified that your client has **twenty (20)** days from the date of the receipt of this notice to tender <u>certified funds</u> to 15480 Laguna Canyon Rd.,Irvine, CA 92618 in the amount of **$18,166.80\*\***. The certified funds should be made payable to Rushmore Loan Management Services, LLC .

      ***\*\*The below grid details the amount due. However, if a payment comes due after the date on this Notice, that amount must be added to the amount due.***

| Description | From | To | Amount | Total |
|---|---|---|---|---|
| Missed Payment Group 1 | 09/01/2021 | 02/01/2022 | $1,433.30 | $8,599.80 |
| Missed Payment Group 2 | 03/01/2022 | 09/01/2022 | $1,457.20 | $10,200.40 |
| Suspense Balance Credit | | | $-633.40 | $-633.40 |
| Grand Total | | | | $18,166.80 |

                                                Sincerely,
                                                Amanda Beckett

cc:
Wesley L. Simmons, 1622 Timberlane Rd, Butler, AL 36904-3937
Daniel B. O`Brien, Chapter 13 Trustee, P.O. Box 1884, Mobile, AL 36633